McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>            Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br> ROBERTO ORTIZ ALFARO,        )<br>                             )<br>            Defendant.       )<br>_____) | No. 2:07-MJ-0261 DAD<br><br>MOTION FOR LEAVE TO DISMISS<br>COMPLAINT AS TO DEFENDANT<br>ROBERTO ORTIZ ALFARO, PURSUANT TO<br>RULE 48(a); ORDER |

   The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Complaint in this case without prejudice as to defendant Roberto Ortiz Alvaro.  In support thereof, the United States represents as follows:

   1.  The Complaint was filed on August 16, 2007.  Defendant Roberto Ortiz Alfaro was subsequently arrested in this District, and appeared before this court on August 16, 2007.  At his initial appearance he was appointed counsel and arraigned and ordered released on a $50,000 appearance bond.

   2.  Subsequent to his arrest, government representatives interviewed Roberto Ortiz Alfaro and had discussions with his counsel.  Based on information obtained from those interviews and

1

1 discussions, the government hereby seeks leave to dismiss the
2 complaint as to defendant Roberto Ortiz Alfaro, without prejudice to
3 the government's right to re-initiate criminal charges against the
4 defendant in the future.

Date: AUGUST 27, 2007                    Respectfully Submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney

                                         By: /S/ Courtney J. Linn
                                         COURTNEY J. LINN
                                         Assistant U.S. Attorney

McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     ) | No. 2:07-MJ-0261 DAD |
|             Plaintiff,              ) | |
|                                     ) | |
|         v.                          ) | ORDER DISMISSING COMPLAINT |
|                                     ) | AS TO DEFENDANT ROBERTO ORTIZ |
| ROBERTO ORTIZ ALFARO,                ) | ALFARO |
|                                     ) | |
|             Defendant.              ) | |
| _____) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss without prejudice the Complaint as to defendant Roberto Ortiz Alfaro.  Good cause having been shown, leave to dismiss the Complaint as to defendant Roberto Ortiz Alfaro is **GRANTED**, and the Complaint is hereby **DISMISSED** without prejudice as to that defendant.

DATED: August 27, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/alfaro0261.ord

3